The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARY RIGGS,<br><br>Defendant. | No. MJ20-350<br><br>COMPLAINT for VIOLATION<br><br>18 U.S.C. § 113(a)(3) |

BEFORE the Honorable Michelle L. Peterson, United States Magistrate Judge, U.S. District Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

### COUNT 1

### Assault with a Dangerous Weapon

On or about May 2, 2020, within the Western District of Washington, at the Federal Detention Center at SeaTac, a facility within the special maritime and territorial jurisdiction of the United States, GARY RIGGS did intentionally assault another person, D.S., with a dangerous weapon, that is, a sharpened metal rod, screw, or similar implement, with intent to do bodily harm.

All in violation of Title 18, United States Code, Sections 113(a)(3) and 7.

Riggs Complaint - 1
USAO No. 2020R00493

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The undersigned complainant, Shawna McCann, Special Agent, being first duly sworn on oath, hereby deposes and says:

## TRAINING AND EXPERIENCE

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been employed with the FBI since September, 2017. I am currently assigned to the Seattle Field Division where I am a member of the violent crime, gang, and Transnational Organized Crime – Western Hemisphere squad. As such, I am an investigative law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). As an FBI Special Agent covering violent crimes, I have investigated a variety of violent crimes occurring in the context of a federal penal institution as part of the FBI's Special Territorial Jurisdiction cases. In this capacity, I investigate, *inter alia*, violations of Title 18, United States Code, Section 113 (assaults within special maritime and territorial jurisdiction) and related offenses. I have specific experience in investigating assaults and other violent crimes committed in a federal penal institution, specifically the Federal Detention Center at SeaTac, Washington ("FDC-SeaTac").

2. During my career as a Special Agent, I have participated in narcotics investigations (e.g., heroin, cocaine, marijuana, and methamphetamine), murder for hire investigations, and other violent crime investigations that have resulted in the arrest of individuals and the seizure of evidence, including illicit narcotics and/or narcotics-related evidence and the forfeiture of narcotics-related assets. I have been involved in the service of federal and state search warrants as part of these investigations.

3. I have written affidavits in support of court-authorized federal warrants and orders in the Western District of Washington for Global Positioning Device ("GPS") tracking of telephones, Pen Register/Trap and Trace, and search warrants. Additionally, I have testified in grand jury proceedings, written investigative reports, and conducted and participated in numerous interviews of inmate victims, inmate witnesses, inmate subjects, and staff at FDC-SeaTac, which have provided me with a greater understanding of assaults and other violent crime offenses committed in federal detention centers.

Riggs Complaint - 2
USAO No. 2020R00493

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. The facts set forth in this Affidavit are based on my personal knowledge; knowledge obtained from others during my participation in this investigation, including other law enforcement officers; review of documents and records related to this investigation, including medical records; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience. Because this Affidavit is submitted for the limited purpose of establishing probable cause in support of the Criminal Complaint, it does not set forth each and every fact that I or others have learned during the course of this investigation.

## PURPOSE OF AFFIDAVIT

5. This Affidavit is made in support of a Complaint against GARY RIGGS for one count of *Assault with a Dangerous Weapon*, in violation of Title 18, United States Code, Sections 113(a)(3) and 7.

## INVESTIGATION AND PROBABLE CAUSE

6. The Sea-Tac Federal Detention Center is a federal detention center operated by the United States Bureau of Prisons. It is on federal property in SeaTac, Washington, within the Western District of Washington, and the federal government and the State of Washington have concurrent legislative jurisdiction over the facility. Accordingly, it is within the special maritime and territorial jurisdiction of the United States.

7. On May 2, 2020, GARY RIGGS was an inmate at FDC-SeaTac; he was in custody for a supervised release violation that is still pending. Due to a broken right ankle for which he had had surgery, GARY RIGGS had metal crutches to help him walk during recovery.

8. On that date, D.S. was also an inmate housed at FDC-SeaTac, and he was assigned to share cell 15 with GARY RIGGS. D.S. was in custody for charges pending in another district.

9. On or about May 2, 2020, at approximately 9:00 p.m., FDC-SeaTac personnel responded to a duress alarm in cell 15. Upon arrival, Officer Wharton observed

Riggs Complaint - 3
USAO No. 2020R00493

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

GARY RIGGS holding a sharpened metal rod, which he described as approximately five inches long, in his right hand. GARY RIGGS said, "I'm going to kill him." At the same time, Wharton saw D.S. sitting on his top bunk, bleeding from his face.

10. Wharton activated his body alarm to call for assistance, and began giving GARY RIGGS verbal commands in order to take control of the situation. Rather than comply, GARY RIGGS walked towards D.S. and made a number of stabbing motions with the metal rod towards D.S.'s face. GARY RIGGS then surrendered the metal rod to Wharton and complied with commands to lay down with his hands behind his back. Responding staff entered the cell and removed both GARY RIGGS and D.S.

11. D.S. was taken to see medical staff at FDC-SeaTac for evaluation. He complained of pain in his right shin, right forearm, and right eye. Medical staff observed a puncture wound on the back of D.S.'s head which was bleeding; swelling to his right eyelid; a scrape above his right eye; scrapes and a puncture wound on his back; scrapes on both arms; and swelling on his right forearm and right shin. D.S. reported that GARY RIGGS had hit him with a sharp object.

12. D.S. was taken to Harborview Medical Center for further evaluation. He told medical personnel that he had been assaulted in his cell by his cellmate, who used a sharpened crutch to strike him multiple times on the right side of his body. Medical personnel observed blood on the back of D.S.'s head and neck, and on his lower back. They documented a puncture wound on the back of D.S.'s neck at the base of his skull about .5 cm deep, with an accompanying bruise; three puncture wounds on his right arm; another puncture wound on his right flank; as well as a number of scrapes, bruises, and welt marks on various parts of his body.

13. Medical staff at FDC-SeaTac also evaluated GARY RIGGS. He had no injuries except for a swollen right ankle. This was consistent with the pre-existing injury for which he had the crutches.

14. I interviewed D.S. at FDC-SeaTac on May 6, 2020. D.S. reported that he had been cellmates with GARY RIGGS for approximately two weeks prior to May 2,

Riggs Complaint - 4
USAO No. 2020R00493

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  2020, and that they had had no apparent problems. On May 2, 2020, D.S. was asleep on
2  the top bunk, and awakened when GARY RIGGS began hitting and stabbing him with an
3  object. D.S. held up his hands and arms to protect himself, but did not strike at GARY
4  RIGGS himself. GARY RIGGS stabbed D.S. in the arms, back, torso, and head, and also
5  beat him with the object. At some point during the assault, D.S. reported that GARY
6  RIGGS hit the emergency alarm button; D.S. did not know why GARY RIGGS did so.

7      15.    I interviewed GARY RIGGS at FDC-SeaTac on May 14, 2020. Before
8  doing so, I read him his *Miranda* warnings, which he acknowledged understanding and
9  waived. GARY RIGGS first told me about his ankle surgery, and that he had been
10 cellmates with D.S. for approximately a week prior to the assault.

11     16.    GARY RIGGS said that a few days before the assault, he began to make an
12 improvised knife using one of the screws from his metal crutches. He sharpened the
13 screw on the concrete wall of the cell. He either carried the improvised knife concealed
14 on his person or hid it in his mattress.

15     17.    GARY RIGGS acknowledged using the sharpened screw to stab D.S.
16 several times, and also using his crutches to beat D.S. He said he had had no issues with
17 D.S. prior to the assault. He claimed that, on May 2, 2020, D.S. had said, "Fuck you punk
18 bitch" to GARY RIGGS, and either touched or grabbed his ankle. GARY RIGGS
19 responded by pulling out the improvised knife and assaulting D.S. by repeatedly stabbing
20 him. He said that he intended to kill D.S., and that he would have continued to stab D.S.
21 until he was dead had the alarm not been triggered. He also admitted that D.S. did not
22 fight back.

23     18.    GARY RIGGS also told me that he would try and kill any other inmate
24 who disrespected him. He claimed to have killed a number of people over the course of
25 his life, starting when he was 16 years old in 1992. GARY RIGGS was in fact charged
26 with homicide in federal court in 1997 for killing his grandfather. That charge was later
27 dismissed, then revived a number of years later after GARY RIGGS confessed to the
28

Riggs Complaint - 5
USAO No. 2020R00493

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

murder. He was ultimately convicted of voluntary manslaughter and sentenced to 90 months in prison. He also has several convictions for assault.

19. GARY RIGGS said that he would try to kill anyone who disrespected him, including his probation officer and some other specific individuals whom he refused to identify so that they could not be warned. There is reason to believe these threats are sincere. On November 30, 2017, GARY RIGGS was charged in the Eastern District of California with one count of *Mailing Threatening Communications* in violation of 18 U.S.C. § 876(c). He pled guilty to that offense on July 17, 2018. In doing so, he admitted that, while an inmate at Federal Correctional Institution Mendoza, he had mailed a letter to a probation officer threatening to injure other individuals, including C.C., a probation officer in the Eastern District of Washington, where he had been prosecuted for the murder. His letter said that he was going to "take out" C.C. and "hurt and kill" a few people, whom he identified. He acknowledged that he intended to seriously threaten those people. He was sentenced to 30 months of imprisonment followed by 36 months of supervised release.

20. On May 6, 2020, I took custody of the implement that GARY RIGGS used to assault D.S. I have also reviewed photographs of that implement. It appears to have been fashioned from a nail or screw. It is made of some kind of metal, is about six inches long, and the last half inch or so appears to have had threads that were worn or filed off to make the tip sharper. The implement was partially wrapped with a piece or scrap of brown cloth. A photograph of the implement is below.

/ / /

/ / /

Riggs Complaint - 6
USAO No. 2020R00493

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



### **CONCLUSION**

21.   Based on the above facts, I respectfully submit that probable cause exists that GARY RIGGS committed the offense of *Assault with a Dangerous Weapon*, in violation of Title 18, United States Code, Sections 113(a)(3) and 7.

_____  06/15/2020 12:35pm
Shawna McCann, Special Agent
Federal Bureau of Investigation

Based on the Complaint and Affidavit, to which the above-named agent provided a sworn statement attesting to the truth of the contents of such, the Court hereby finds that there is probable cause to believe the defendant, GARY RIGGS, committed the

Riggs Complaint - 7
USAO No. 2020R00493

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 offense set forth in the Complaint, *Assault with a Dangerous Weapon*, in violation of
2 Title 18, United States Code, Sections 113(a)(3) and 7.
3
4     DATED this 16th day of June, 2020.
5
6
7                                                       The Honorable Michelle L. Peterson
8                                                       United States Magistrate Judge

Riggs Complaint - 8
USAO No. 2020R00493

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970