HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GARY RIGGS,<br><br>    Defendant. | Cause No. 20-123 RSL<br><br>**ORDER ON MOTION TO ENTER GUILTY PLEA BY WEBEX** |

This matter comes before the Court on Motion of the Defendant above-named. The Defendant has indicated through Counsel that he wishes to enter a guilty plea, admit the supervised released violation in Case No. 16-00048 RSL, and be sentenced as soon as possible. Counsel has indicated to the Court that the Defendant is willing to waive his personal presence and enter the guilty plea and admit the supervised release violations by WEBEX. At present, the Court is closed due to the COVID-19 pandemic and it is uncertain as to when the Court may reopen to receive guilty pleas in person. Once the Court reopens, there will be a backlog of cases awaiting disposition and additional delay. The Court therefore finds that allowing the Defendant to enter a guilty plea and supervised release violation admission by WEBEX is necessary to prevent serious harm to the

ORDER ON MOTION TO ENTER
GUILTY PLEA BY WEBEX - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670
gilbert.levy.atty@gmail.com

interests of justice in that the indefinite delay will impact the Defendant's ability to transfer to his designated facility and his ability to participate in necessary programming.

NOW THEREFORE IT IS ORDERED that this matter be referred to a United States Magistrate Judge for hearing by WEBEX for the purpose of receiving the guilty plea and admission to the supervised release violation.

DATED THIS 15th day of September, 2020

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

ORDER ON MOTION TO ENTER
GUILTY PLEA BY WEBEX - 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670
gilbert.levy.atty@gmail.com